UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN EDWARD DAWSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-240-TAV-DCP |
| | ) | |
| MONROE COUNTY, TENNESSEE, | ) | |
| JAMES PATRICK HENRY, individually, | ) | |
| and BILL BIVENS, individually, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court are summary judgment motions filed by defendants Monroe County, Tennessee, Bill Bivens, and James Patrick Henry [Docs. 96, 100]. Plaintiff has not responded to these motions, and the deadline to do so has long since passed. *See* E.D. Tenn. L.R. 7.1(a). The Court recently ordered plaintiff to show cause within three days why defendants' motions should not be granted as unopposed [Doc. 103]. Additionally, the Court cautioned plaintiff that failure to respond to the show cause order would be grounds for the Court to either grant defendants' motions for summary judgment or to dismiss this case for failure to prosecute. *See* E.D. Tenn. L.R. 7.2 (providing that failure to respond to a motion "may be deemed a waiver to any opposition to the relief sought"). Three days have passed and plaintiff has failed to respond to defendants' motions for summary judgment or the Court's show cause order.

The Court finds that plaintiff's failure to respond is due to willfulness, bad faith, or fault; that defendants have been prejudiced by plaintiff's conduct; that plaintiff was

warned that failure to respond would lead to dismissal; and that the Court considered less drastic sanctions but found that they would be ineffective under these circumstances. *See Fuller v. Gerth*, 468 F. App'x 587, 588 (6th Cir. 2012). This case is thus **DISMISSED with prejudice** for failure to prosecute and for failure to follow the Court's orders. *Id.* ("District courts are empowered to dismiss actions when a litigant fails to comply with a court order or fails to prosecute a case."); Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to close this case.

    IT IS SO ORDERED.

                                      s/ Thomas A. Varlan
                                      CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ John L. Medearis
    CLERK OF COURT